**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1285**

---

ANTHONY LAWRENCE MCLEAN,

                              Plaintiff - Appellant,

        versus

THOMAS HARRIS; ANNETTE DELLAROCCA; VALUJET
AIRLINES,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge. (CA-95-1373-A)

---

Submitted:  June 20, 1996          Decided:  June 28, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Lawrence McLean, Appellant Pro Se.  John Craig Weller, FILLER, WELLER & TELLO, P.C., Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McLean v. Harris</u>, No. CA-95-1373-A (E.D. Va. Dec. 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>